822

Commonwealth *v.* Pannill, Appellant.

Ar-
gued April 10, 1972.    *Sallie Ann Radick,* Assistant
Public Defender, with her *John J. Dean,* Assistant Pub-
lic Defender, and *George H. Ross,* Public Defender, for
appellant; *Robert L. Campbell,* Assistant District At-
torney, with him *Carol Mary Los,* Assistant District
Attorney, and *Robert W. Duggan,* District Attorney,
for Commonwealth, appellee.

Judgment of sentence affirmed.

Commonwealth *v.* Rosenthall, Appellant.

Argued April 13, 1972.    *Harold Gon-
delman,* with him *Richard H. Martin,* for appellant;
*Donald Minahan,* Assistant District Attorney, with him
*Carol Mary Los,* Assistant District Attorney, and *Rob-
ert W. Duggan,* District Attorney, for Commonwealth,
appellee.

Judgment of sentence affirmed.